**Eddie WALKER, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 75592.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 27, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1999.

Annette Llewellyn, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Asst. Atty. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., and JAMES A. PUDLOWSKI and ROBERT G. DOWD, Jr., JJ.

**ORDER**

PER CURIAM.

Eddie Walker (Movant) appeals the denial of his Rule 24.035 motion without a hearing after he pleaded guilty to sale of a controlled substance (cocaine) in violation of Section 195.211, RSMo 1994. We have reviewed the briefs of the parties and the

record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).